Northern District Of Ohio
U.S. Bankruptcy Court
Fed Bldg & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 10–42980–kw**

**In re:**
William E Agnew
1166 Ash Street
Sebring, OH 44672–1059

Paula S Agnew
1166 Ash Street
Sebring, OH 44672–1059

**Social Security No.:**
xxx–xx–4852

xxx–xx–6899

## NOTICE OF DOCUMENTS TO BE FILED

Pursuant to Federal Rule of Bankruptcy Procedure 1007(c), the following document(s) must be filed within 14 days of filing of the petition.

**Pay Advices Received 60 Days Prior to Petition Filing**

**Dated:** August 6, 2010
Form ohnb201

For the Court
Kenneth J. Hirz, Clerk