UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:

WILLIAM E. AGNEW and
PAULA S. AGNEW,

        Debtors.

CASE NUMBER 10-42980

CHAPTER 7

HONORABLE KAY WOODS

*********************************************************************
**ORDER DIRECTING PAMELA I. THEODOTOU TO APPEAR AND
SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT**
*********************************************************************

This cause is before the Court on Order to Appear and Show Cause entered on August 10, 2010 ("Show Cause Order") (Doc. # 8). The Show Cause Order directed Debtors and Debtors' Counsel, Pamela I. Theodotou, Esq., to appear and show cause why Debtors' case should not be dismissed for failure to timely file Debtors' certificates of credit counseling ("Certificates"). The Show Cause Order was set for hearing on August 19, 2010 ("Hearing"). Subsequent to the issuance of the Show Cause Order, the Certificates were filed.

As set forth in bold capital letters in the Show Cause Order, "**FILING THE DOCUMENTS OR PAYING THE FILING FEE WILL NOT EXCUSE ATTENDANCE AT THIS HEARING.**" Neither Debtors nor Ms. Theodotou appeared at the Hearing.

**IT IS THEREFORE ORDERED** that Pamela I. Theodotou, Esq. appear on the 2nd day of September, 2010, at 9:30 a.m., before the Honorable Kay Woods, Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of Ohio, Nathaniel R.

Jones Federal Building and United States Courthouse, 10 East Commerce Street, Third Floor, Youngstown, Ohio, and show cause why she should not be held in contempt and sanctioned for her failure to appear at the Hearing.

**IT IS SO ORDERED.**

*/s/ Kay Woods*
KAY WOODS
**UNITED STATES BANKRUPTCY JUDGE**