UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:

WILLIAM E. AGNEW and
PAULA S. AGNEW,

      Debtors.

CASE NUMBER 10-42980

CHAPTER 7

HONORABLE KAY WOODS

*******************************************************************
**ORDER DIRECTING PAMELA I. THEODOTOU TO APPEAR AND
SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT**
*******************************************************************

This cause is before the Court on Order to Appear and Show Cause entered on August 10, 2010 ("Show Cause Order") (Doc. # 8). The Show Cause Order directed Debtors and Debtors' Counsel, Pamela I. Theodotou, Esq., to appear and show cause why Debtors' case should not be dismissed for failure to timely file Debtors' certificates of credit counseling ("Certificates"). The Show Cause Order was set for hearing on August 19, 2010 ("Hearing"). Subsequent to the issuance of the Show Cause Order, the Certificates were filed.

As set forth in bold capital letters in the Show Cause Order, "**FILING THE DOCUMENTS OR PAYING THE FILING FEE WILL NOT EXCUSE ATTENDANCE AT THIS HEARING.**" Neither Debtors nor Ms. Theodotou appeared at the Hearing.

**IT IS THEREFORE ORDERED** that Pamela I. Theodotou, Esq. appear on the 2nd day of September, 2010, at 9:30 a.m., before the Honorable Kay Woods, Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of Ohio, Nathaniel R.

Jones Federal Building and United States Courthouse, 10 East Commerce Street, Third Floor, Youngstown, Ohio, and show cause why she should not be held in contempt and sanctioned for her failure to appear at the Hearing.

**IT IS SO ORDERED.**

*Kay Woods*
KAY WOODS
UNITED STATES BANKRUPTCY JUDGE

2

10-42980-kw    Doc 16    FILED 08/22/10    ENTERED 08/23/10 00:26:59    Page 2 of 3

# CERTIFICATE OF NOTICE

```
District/off: 0647-4          User: mbokr              Page 1 of 1              Date Rcvd: Aug 20, 2010
Case: 10-42980                Form ID: pdf701          Total Noticed: 2

The following entities were noticed by first class mail on Aug 22, 2010.
db/db         William E Agnew,   Paula S Agnew,   1166 Ash Street,   Sebring, OH  44672-1059

The following entities were noticed by electronic transmission on Aug 20, 2010.
cr            +E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2010 00:11:49
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2010**                               Signature:   _Joseph Speetjens_